# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

|  |  |
|---|---|
| **Leave of Absence** | ) <br> ) <br> ) Case No's. 4:19-cr-0145 <br> )           4:19-cr-0171 <br> )           4:19-cr-0141 <br> )           4:16 -cr-0057 |

Upon having read and considered the Request for Leave of Court filed by Attorney Andraya Mimms, the same is hereby GRANTED for the following days:

> November 6– 18, 2019;
> November 27-December 1, 2019;
> December 12 – 20, 2019; and
> December 20 – January 8, 2020.

Hereby entered this 28th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA